FILED

08/17/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0590

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0590

BOARD OF PERSONNEL APPEALS,
MONTANA DEPARTMENT OF
ADMINISTRATION, MONTANA
DEPARTMENT OF PUBLIC HEALTH
AND HUMAN SERVICES,

          Appellants/Respondents,

   vs.

APRIL ARMSTRONG, DAVID R. BARNHILL,
K. AMY PFEIFER, PEGGY PROBASCO, and
PATRICK QUINN,

          Petitioners/Appellees.

## GRANT OF EXTENSION

Upon consideration of Appellants' motion for a 30-day extension of time, and good cause appearing therefor, Appellants are granted an extension of time to and including September 28, 2020, within which to prepare, serve, and file their reply brief in the above-entitled matter.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 17 2020